# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5122** **September Term, 2026**

**1:25-cv-00698-TSC**

**Filed On: October 9, 2026**

Climate United Fund, et al.,

Appellees

v.

Citibank, N.A.,

Appellee

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,

Appellants

------------------------------

Consolidated with 25-5123

**BEFORE:** Srinivasan, Chief Judge, and Henderson*, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## ORDER

Upon consideration of Coalition for Green Capital's motion for clarification, the response in opposition, and the reply, it is

**ORDERED** that the motion be granted. The April 16, 2025, administrative stay extended by the en banc court on August 7, 2026, does not apply to funds that had been withdrawn by the Coalition for Green Capital from the Treasury's Automated Standard Application for Payments or from its grant accounts at Citibank before the stay was entered.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Scott H. Atchue
Deputy Clerk

* Judge Henderson did not participate in this matter.