# KIRKLAND & ELLIS LLP

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

K. Winn Allen, P.C.
To Call Writer Directly:
+1 202 389 5078
winn.allen@kirkland.com

+1 202 389 5000

Facsimile:
+1 202 389 5200

www.kirkland.com

November 6, 2026

Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, NW
Washington, D.C. 20001

Re: *Climate United Fund v. Citibank, N.A.*, Nos. 25-5122, 25-5123 (en banc oral argument held February 24, 2026)

Dear Mr. Cislak:

Pursuant to the Court's order on August 7, 2026, Citibank writes to inform the Court that it filed a petition for a writ of certiorari in the above-captioned case on November 2. The petition was docketed on November 5 as *Citibank, N.A. v. Climate United Fund*, No. 26-594 (S. Ct.).

Sincerely,

*/s/ K. Winn Allen*
K. Winn Allen, P.C.